Opinion issued June 13, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00410-CR

____________


EX PARTE BENITO MARTINEZ, Appellant








On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 906198






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.


PER CURIAM

Panel consists of Chief Justice Schneider and Justices Hedges and Nuchia. 

Do not publish. Tex. R. App. P. 47.